UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID CHU,<br><br>                    Plaintiff,<br><br>-against-<br><br>ANHEUSER-BUSCH INBEV SA/NV and DUSAN VUJOVIC,<br><br>                    Defendants. | 21 Civ. 6460 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel for the parties shall appear for a teleconference on August 10, 2021 at 9:30 a.m.  The dial-in information for the conference is: 877-402-9753, Code: 6545179.

    SO ORDERED.

Dated:   New York, New York
         August 5, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge

1