UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DAVID CHIU,

                  *Petitioner*,

    -against-

ANHEUSER-BUSCH INBEV SA/NV and
DUSAN VUJOVIC,

                  *Respondents*.

------------------------------------------------------------x

Civil Action No.:
1:21-cv-06460

**CONSENT ORDER
STAYING ARBITRATION
UNDER ANHEUSER-BUSCH
DISPUTE RESOLUTION
PROGRAM**

The parties, Petitioner David Chiu, and Respondents, Anheuser-Busch InBev ("A-B") and Dusan Vujovic, through their respective counsel, consent to the Court's entry of this Consent Order as follows:

WHEREAS, A-B, Dusan Vujovic and David Chiu elect to amicably resolve the Verified Petition and N.Y.C.P.L.R. 7503(b) motion filed on July 20, 2021, and removed to this court on July 29, 2021, the parties hereby stipulate and agree, and it is hereby ORDERED that:

1. Further proceedings in the A-B Dispute Resolution Program ("DRP") Arbitration before Jacquelin F. Drucker, Esq., captioned as AAA Case No. 01-21-0004-4407, are stayed and held in abeyance, pending the earlier of: (a) resolution or other disposition of the Verified Complaint the Petitioner has filed with the NYC Commission on Human Rights (including cross-filings with the EEOC) and/or complaints filed with any other fair employment agency, or (b) when Petitioner receives a right to sue letter or administrative closure at any of the aforementioned agencies. Upon resumption of the arbitration, Petitioner shall be permitted to submit to the AAA an amended statement of his claims.

2. Nothing in this Consent Order constitutes a waiver of any claims, arguments, or positions either party might take in the A-B DRP arbitration relating to the substantive claims and defenses, or relating to the application or interpretation of the provisions of the A-B DRP.

3. The Verified Petition is hereby withdrawn and this action is voluntarily dismissed, except that the Court shall retain jurisdiction to enforce this Consent Order.

Dated: New York, New York
       August 16, 2021

SO ORDERED BY THE COURT:

*Loretta A. Preska*

The parties consent to the form of this Order:

YOUNG & MA LLP
MICHAEL P. PAPPAS LAW FIRM P.C.
Attorneys for Petitioner

By: *Tiffany Ma*

Dated: August 10, 2021

JACKSON LEWIS P.C.
Attorneys for Respondents

By: *[signature]*

Dated: August 10, 2021
Daniel Schudroff

2